IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| BENNY FALCON, | ) | |
| Institutional ID No. 664986, | ) | |
| SID No. 1932491, | ) | |
| Previous TDCJ No. 337705, 481906, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 5:09-CV-066-C |
| TYLER HOLLY, | ) | ECF |
| CO III, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

The United States Magistrate Judge entered a Report and Recommendation on May 18, 2010. No objections have been filed.

The Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

It is, therefore, ORDERED:

Pursuant to Fed. R. Civ. P. 16(b), the Court establishes the following schedule for this case:

    1.    All motions to join other parties and amend the pleadings must be filed by 3:00 p.m. on February 25, 2011.

    2.    All other pretrial motions, including motions for summary judgment, must be filed, with supporting briefs, by 3:00 p.m. on March 28, 2011, and any response must be filed by 3:00 p.m. on April 26, 2011.

    3.    All discovery must be completed by 3:00 p.m. on February 25, 2011, as follows:

(a) Defendant(s) shall disclose to Plaintiff all records of the incident forming the basis of Plaintiff's complaint, which records shall include, but shall not be limited to the following:

    (i) Plaintiff's medical records pertaining to the incidents made the basis of Plaintiff's complaint, which medical records shall include Plaintiff's records from any TDCJ unit at which he received medical examinations or treatment concerning the denial of medical care and all records from any private physician or medical treatment facility pertaining to Plaintiff's claims.

    (ii) Plaintiff's grievances filed for the six-month period surrounding the incident date(s).

(b) All parties shall disclose the following:

    (i) The name and, if known, the address or employment station of each person likely to have information that bears significantly on any claim or defense.

    (ii) As to each person named in response to paragraph (3)(b)(i) above, a brief summary of the substance of the information known by the person.

**There shall be no further discovery without leave of the Court.**

All parties will be notified by separate order of the date of trial and the date for filing the proposed pretrial order.

**SO ORDERED.**

Dated December 23, 2010.

                                                     SAM R. CUMMINGS
                                                   UNITED STATES DISTRICT JUDGE